UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BARUCH ZOHAR,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, NEVADA YOUTH TRAINING CENTER, DIVISION OF CHILD AND FAMILY SERVICES,<br><br>           Defendants. | 3:06-cv-00731-LRH-VPC<br><br>ORDER |

Before the court is Plaintiff Zohar's Request to Move Trial from Reno to Elko for the Convenience of Witnesses (#48), Defendant's Opposition (#49), and Plaintiff's Reply (#50).

At the request of the court, the Court Clerk's office has contacted known facilities that might be adaptable for purposes of conducting a civil trial in Elko. The results of that effort have failed to locate any available facilities. The court notes that most of the witnesses who have been identified by the parties herein are from the Elko area and the case itself arises at the Nevada Youth Training Center in Elko. Traditionally, the judges of this Court have sought to have cases arising from within northeastern Nevada heard in Elko when suitable court facilities could be obtained or at least have them heard by a jury composed from a venire selected from northeastern Nevada.

Due to the lack of an available acceptable court facility, Plaintiff's request to move the trial to Elko for the convenience of witnesses is denied. However, the court has instructed the Court Clerk to attempt to assemble a randomly selected jury venire composed of citizens from

1  northeastern Nevada.

2      The court confirms the trial date of August 18, 2009, in Courtroom 5 of the Bruce R.

3  Thompson United States Courthouse in Reno, Nevada.  If there is any objection to a northeastern

4  Nevada venire, it shall be filed within ten (10) days of this order.

5      IT IS SO ORDERED.

6      DATED this 11th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE