1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BARUCH ZOHAR,

    Plaintiff,

    v.

STATE OF NEVADA et al.,

    Defendant.

**Case No. 3:06-cv-00731 ECR (VPC)**

**SIPULATION FOR EXTENSION OF TIME TO RESPOND TO DKT 51-MOTION IN LIMINE RE YOUTH RECORDS** ; ORDER

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that plaintiff may have an extension of one week to file his response to Dkt 51, Defendant's Motion in Limine to Preclude Use of Records Relating to Youth Housed at Nevada Youth Training Center.

1

1

2      The extension is requested for good cause based upon plaintiff counsel's scheduling

3  conflicts. The former due date for plaintiff's response was June 22, 2009. The new due date shall be

4  June 29, 2009.

5

   **SO AGREED:**

6

7      /s/ Diane K. Vaillancourt                    Date:        June 17, 2009
       Terri Keyser-Cooper
8      Diane K. Vaillancourt
       3365 Southampton Dr.
9      Reno, Nevada  89509
       (775) 337-0323
10     *Attorneys for Plaintiff*

11

12      /s/ Andrea Nichols                         Date:            June 18, 2009
        Andrea Nichols
13      Deputy Attorney General
        5420 Kietzke Lane, Ste. 202
14      Reno, NV 89511
        (775) 688-1818
15      *Attorney for Defendants*

16

17

   **SO ORDERED.**

18

19     DATED this 22nd day of June, 2009.

20

21

22                                              _____
                                                UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28