1

2

3

4

5

6

7

8                    ·IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF NEVADA

10   BARUCH ZOHAR,                           )
                                              )                3:06-cv-731-LRH-VPC
11                        Plaintiff,          )
                                              )
12        vs.                                 )
                                              )               STIPULATION TO
13   STATE OF NEVADA, NEVADA YOUTH            )               VACATE TRIAL;
     TRAINING CENTER, DIVISION OF CHILD       )               ORDER
14   AND FAMILY SERVICES,                     )
                                              )
15                        Defendant(s).       )

16        IT IS HEREBY STIPULATED, by and between the parties, through their

17   undersigned counsel, that the trial of this case, set for August 18, 2009, be vacated.

18   The parties have reached an agreement to settle this matter. The agreement is subject

19   to approval by the Board of Examiners.  Upon receiving approval of the settlement

20   agreement from the Board of Examiners the parties will file a stipulation for dismissal

21   with prejudice. If the settlement is not approved the parties will request that the matter

22   be reset.

23   DATED this 13th day of July, 2009.            DATED this 13th day of July, 2009.

24   CATHERINE CORTEZ MASTO                        DIANE VAILLANCOURT
     Attorney General                              TERRI KEYSER-COOPER
25

26   By:                                           By:
         ANDREA NICHOLS                                 DIANE VAILLANCOURT
27       Senior Deputy Attorney General
         Attorney for Defendants                       Attorneys for Plaintiff
28

-1-

Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511

1        Based on the Stipulation of the parties and good cause appearing, it is hereby

2    ORDERED that the trial of this matter set for August 18, 2009 be vacated.

3        IT IS SO ORDERED.

4        DATED this  14th    day of July, 2009.

6    

7        DISTRICT COURT JUDGE

Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511